IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: : | CHAPTER 13 | |
| : | | |
| KEVIN E. BUTLER, SR., : | | |
| : | DOCKET NO.: 18-11580-ELF | |
| DEBTOR : | | |
| : | | |
| COMMONWEALTH OF PENNSYLVANIA : | OBJECTION TO PLAN | |
| DEPARTMENT OF REVENUE, : | | |
| : | | |
| MOVANT : | HEARING DATE & TIME: | |
| : | MAY 22, 2018, at 10:00 A.M. | |
| v. : | | |
| : | | |
| KEVIN E. BUTLER, SR., : | | |
| : | RELATED TO DOCKET NO.: 20 | |
| RESPONDENT : | | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S
FIRST AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's First Amended Chapter 13 Plan, on the parties at the below addresses, on May 21, 2018, by:

**18-11580-ELF Notice will be electronically mailed to:**

Michael A. Cataldo2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Michael A. Cibik2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Predrag Filipovic at pfesq@ifight4justice.com

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**18-11580-ELF Notice will not be electronically mailed to:**

EXECUTED ON:  May 22, 2018

                                            Respectfully submitted by,

By:    /s/ Joseph J. Swartz
          Counsel
          PA Department of Revenue
          Office of Chief Counsel
          P.O. Box 281061
          Harrisburg, PA 17128-1061
          PA Attorney I.D.:  309233
          Phone: (717) 346-4645
          Facsimile: (717) 772-1459
          JoseSwartz@pa.gov