*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kevin E Butler, Sr.
    Debtor(s)

Case No: 18–11580–elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Stipulation of Settlement By Kevin E Butler Sr. and Between Edward K. Dargbeh Filed by MICHAEL A. CATALDO2 on behalf of Kevin E Butler Sr.

on: 8/7/18

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/27/18

Timothy B. McGrath
Clerk of Court

27 – 25
Form 167