United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-11580-elf
Kevin E Butler, Sr.                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Pamela            Page 1 of 1            Date Rcvd: Jul 27, 2018
                               Form ID: 167            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 29, 2018.
db             +Kevin E Butler, Sr.,    5640 Haddington Street,    Philadelphia, PA 19131-3414
cr              Edward K. Dargbeh, /Jr.,    PO Box 28786,   Philadelphia

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 27, 2018 at the address(es) listed below:
     JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
      RA-occbankruptcy6@state.pa.us
     KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
      bkgroup@kmllawgroup.com
     MICHAEL A. CATALDO2    on behalf of Debtor Kevin E Butler, Sr. ecf@ccpclaw.com,
      igotnotices@ccpclaw.com
     MICHAEL A. CIBIK2    on behalf of Debtor Kevin E Butler, Sr. ecf@ccpclaw.com,
      igotnotices@ccpclaw.com
     PREDRAG  FILIPOVIC    on behalf of Creditor Edward K. Dargbeh, /*Jr. pfesq@ifight4justice.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                            TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Kevin E Butler, Sr.
    Debtor(s)

Case No: 18−11580−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Stipulation of Settlement By Kevin E Butler Sr. and Between Edward K. Dargbeh Filed by MICHAEL A. CATALDO2 on behalf of Kevin E Butler Sr.

on: 8/7/18

at: 01:00 PM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/27/18

Timothy B. McGrath
Clerk of Court

27 − 25
Form 167