**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                               :        CHAPTER 13
Kevin E. Butler
        DEBTOR                                       :        BKY. NO.  18-11580ELF13


**NOTICE OF OBJECTION TO PROOF OF CLAIM**
**#4 OF INTERNAL REVENUE SERVICE**

      Debtor's Counsel has filed an objection to the proof of claim #4 of the Internal Revenue Service filed in this bankruptcy case.

      **Your claim may be reduced, modified or eliminated.**  **You should read these papers carefully and discuss them with your attorney, if you have one.**

      If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection scheduled to be held before the **Honorable Hon. Eric L. Frank** on **December 18, 2018** at **1:00 pm.** in **Courtroom No.1**, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, 2nd Floor, Philadelphia, PA 19107.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

                      Respectfully submitted,


Date <u>November 6, 2018</u>                    __s/_____
                                        Michael A. Cataldo, Esquire
                                        Cibik & Cataldo, P.C.
                                        1500 Walnut Street, Suite 900
                                        Philadelphia, PA 19102
                                        215-735-1060