IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN E. BUTLER, SR., | : | |
| | : | DOCKET NO.: 18-11580-ELF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE, | : | WITHDRAWAL OF OBJECTION |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| KEVIN E. BUTLER, SR., | : | |
| | : | RELATED TO DOCKET NO.: 20 |
| RESPONDENT | : | |

WITHDRAWAL OF THE PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S PROPOSED CHAPTER 13 PLAN

NOW COMES, the Commonwealth of Pennsylvania, Department of Revenue ("Department"), by and through its Office of Chief Counsel, and withdraws its Objections to Debtor's Chapter 13 Plan.

Date:  December 11, 2018                Respectfully submitted,


By:    /s/ Joseph J. Swartz
       Counsel
       PA Department of Revenue
       Office of Chief Counsel
       P.O. Box 281061
       Harrisburg, PA 17128-1061
       PA Attorney I.D.:  309233
       Phone: (717) 346-4645
       Facsimile: (717) 772-1459
       Email: JoseSwartz@pa.gov