IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| KEVIN E. BUTLER, SR., | : | |
| | : | DOCKET NO.: 18-11580-ELF |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | WITHDRAWAL OF OBJECTION |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| KEVIN E. BUTLER, SR., | : | |
| | : | RELATED TO DOCKET NO.: 45 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF
THE PENNSYLVANIA DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Withdrawal of Objection to Debtor's First Amended Chapter 13 Plan, on the parties at the below addresses, on December 11, 2018, by:

**18-11580-ELF Notice will be electronically mailed to:**

Michael A. Cataldo2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Michael A. Cibik2 at ecf@ccpclaw.com, igotnotices@ccpclaw.com

Predrag Filipovic at pfesq@ifight4justice.com

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us

United States Trustee at USTPRegion03.PH.ECF@usdoj.gov

**18-11580-ELF Notice will not be electronically mailed to:**

EXECUTED ON:  December 13, 2018

                                        Respectfully submitted by,

By:   /s/ Joseph J. Swartz
      Counsel
      PA Department of Revenue
      Office of Chief Counsel
      P.O. Box 281061
      Harrisburg, PA 17128-1061
      PA Attorney I.D.:  309233
      Phone: (717) 346-4645
      Facsimile: (717) 772-1459
      JoseSwartz@pa.gov