Certificate Number: 16339-PAE-DE-037159501

Bankruptcy Case Number: 18-11580



16339-PAE-DE-037159501

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2023, at 3:51 o'clock PM EST, Kevin Butler completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 5, 2023              By:    /s/Kelley Tipton

                                     Name:  Kelley Tipton

                                     Title: Certified Financial Counselor