United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kevin E Butler, Sr.  
    Debtor

Case No. 18-11580-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 04, 2023      Form ID: 138OBJ      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin E Butler, Sr., 5640 Haddington Street, Philadelphia, PA 19131-3414 |
| 14070053 | + | BUTLER'S HOME IMPROVEMENT INC, 5640 HADDINGTON STREET, PHILADELPHIA PA 19131-3414 |
| 14070058 | | Credit one, PO box 625, Metairie LA 70004-0625 |
| 14070059 | | DARNELL MCPHERSON &YOUNG, YOUNG FUNERAL HOME, 309 North Street3, Milford, De 19963 |
| 14070061 | + | EDWARD DARGBEH, JR, 1757 n 61st Street, Philadelphia Pa 19151-3924 |
| 14108206 | + | Edward Dargbeh Jr., c/o L/O of Predrag Filipovic Esq., 1735 Market st. Ste 3750,, Philadelphia, PA 19103-7532 |
| 14070064 | + | GERALD T KENNEY, ESQUIRE, 3001 WALNUT STREET, 10TH FLOOR, Philadelphia, PA 19104-3414 |
| 14070069 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14070072 | + | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14070073 | + | PREDRAQ FILIPOVIC,ESQUIRE, BNY MELLON CENTER, 1735 MARKET STREET, SUITE 3750, PHILADELPHIA PA 19103-7532 |
| 14070077 | + | Tybert , Rrdfearn and Pell, PO Box 2092, Wilmington DE 19899-2092 |
| 14070079 | + | Waverley Madden, Esq., 21 S. 12th Street, Suite 100, Philadelphia, PA 19107, SC 19107-3607 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 05 2023 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14070051 | | Email/Text: ebnbankruptcy@ahm.honda.com | May 05 2023 00:11:00 | American Honda Finance, PO Box 168088, Irving, TX 75016 |
| 14070056 | | Email/Text: megan.harper@phila.gov | May 05 2023 00:11:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14070057 | | Email/Text: megan.harper@phila.gov | May 05 2023 00:11:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14427451 | + | Email/Text: flyersprod.inbound@axisai.com | May 05 2023 00:10:00 | CSMC 2019-SPL1 Trust, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14070054 | + | Email/Text: ecf@ccpclaw.com | May 05 2023 00:10:00 | Cibik & Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14070062 | ^ | MEBN | May 05 2023 00:02:29 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 04, 2023 | Form ID: 138OBJ | Total Noticed: 32 |

| | | | | |
|---|---|---|---|---|
| 14070063 | | ^ MEBN | May 05 2023 00:02:33 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14070065 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 05 2023 00:10:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14070066 | + | Email/Text: MDSBankruptcies@meddatsys.com | May 05 2023 00:10:00 | Medical Data Systems Inc, MDS, 2001 9th Ave Ste 312, Vero beach, FL 32960-6413 |
| 14070067 | | Email/Text: nsm_bk_notices@mrcooper.com | May 05 2023 00:10:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas TX 752619741 |
| 14070068 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 05 2023 00:10:00 | Nationstar Mortgage LLC, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 14090530 | + | Email/Text: nsm_bk_notices@mrcooper.com | May 05 2023 00:10:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14070072 | | ^ MEBN | May 05 2023 00:02:43 | PGW, Legal Dept. 4th Floor, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14070070 | | Email/Text: bankruptcygroup@peco-energy.com | May 05 2023 00:11:00 | Peco Energy, 2301 Market Street # N 3-1, Legal Department, Philadelphia PA 19103-1338 |
| 14070071 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 05 2023 00:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division P.O Box 28046, Harrisburg Pa. 17128-0946 |
| 14070074 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 05 2023 00:10:00 | Toyota Motor Credit Corp, 500 Redbrook Blvd, Owings Mills, MD 21117 |
| 14070076 | | Email/Text: DASPUBREC@transunion.com | May 05 2023 00:10:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14070075 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 05 2023 00:10:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14070078 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 05 2023 00:10:00 | Verizon, Verizon Wireless Bankruptcy Administrati, 500 Tecnolgy Dr Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14070052 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance Corporation, POB 168088, Irving, TX 75016-8088 |
| 14070055 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 14070060 | ##+ | Denise Kuestner,Esquire, Langsam,Stevens Silver & Hollaender, 1818 Market street, Suite 2610, Philadelphia, Pa 19103-3600 |
| 14092434 | ##+ | Tybout, Redfearn & Pell, Attn: Seth J. Reidenberg, 750 Shipyard Drive, Suite 400, P.O. Box 2090, Wilmington, DE 19801-5158 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor CSMC 2019-RPL5 Trust c/o Rushmore Loan Management Services LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor CSMC 2019-SPL1 Trust c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| KARINA VELTER | on behalf of Creditor CSMC 2019-RPL5 Trust c/o Rushmore Loan Management Services LLC kvelter@pincuslaw.com, bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kevin E Butler Sr. mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com |
| PREDRAG FILIPOVIC | on behalf of Creditor Edward K. Dargbeh /*Jr. talas96@yahoo.com |
| SARAH K. MCCAFFERY | on behalf of Creditor CSMC 2019-RPL5 Trust c/o Rushmore Loan Management Services LLC ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kevin E Butler, Sr.
    Debtor(s)

Case No: 18−11580−pmm
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/4/23