United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-11580-pmm

Kevin E Butler, Sr.     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Sep 21, 2023     Form ID: 195     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin E Butler, Sr., 5640 Haddington Street, Philadelphia, PA 19131-3414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor CSMC 2019-RPL5 Trust c/o Rushmore Loan Management Services LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor CSMC 2019-SPL1 Trust c/o Rushmore Loan Management Services dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| KARINA VELTER | on behalf of Creditor CSMC 2019-RPL5 Trust c/o Rushmore Loan Management Services LLC karina.velter@powerskirn.com, bankruptcy@powerskirn.com |

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Sep 21, 2023  Form ID: 195  Total Noticed: 1

| | |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| MICHAEL A. CIBIK | on behalf of Debtor Kevin E Butler Sr. mail@cibiklaw.com, cibiklawpc@jubileebk.net;ecf@casedriver.com |
| PREDRAG FILIPOVIC | on behalf of Creditor Edward K. Dargbeh /*Jr. talas96@yahoo.com |
| SARAH K. MCCAFFERY | on behalf of Creditor CSMC 2019-SPL1 Trust c/o Rushmore Loan Management Services ckohn@hoflawgroup.com |
| SARAH K. MCCAFFERY | on behalf of Creditor CSMC 2019-RPL5 Trust c/o Rushmore Loan Management Services  LLC ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                      : Chapter 13

Kevin E Butler, Sr.                                         : Case No. 18−11580−pmm
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , September 21, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Patricia M. Mayer
    Judge, United States Bankruptcy Court