**Fill in this information to identify the case:**

Debtor 1    Kevin E. Butler, Sr. d/b/a Butler's Home Improvement

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number   18-11580-ELF

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor:  CSMC 2019-SPL1 Trust c/o Rushmore Loan Management Services, LLC

Court claim no. (if known): 1

Last 4 digits of any number you use to identify the debtor's account:    9  7  0  0

Date of payment change:
Must be at least 21 days after date of this notice    02/01/2020

New total payment:
Principal, interest, and escrow, if any    $    451.05

---

| Part 1: | Escrow Account Payment Adjustment |

1. Will there be a change in the debtor's escrow account payment?

☐ No

☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment:  $    211.75          New escrow payment:  $    206.10

---

| Part 2: | Mortgage Payment Adjustment |

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

☑ No

☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%          New interest rate: _____%

Current principal and interest payment: $ _____          New principal and interest payment: $ _____

---

| Part 3: | Other Payment Change |

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: $ _____          New mortgage payment: $ _____

---

| Debtor 1 | Kevin E. Butler, Sr. d/b/a Butler's Home Improvement | | Case number *(if known)* | 18-11580-ELF |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**✗**/s/ Danielle Boyle-Ebersole, Esquire                      Date  12/19/2019
Signature

Print:     Danielle Boyle-Ebersole, Esquire                   Title  Attorney
           First Name        Middle Name        Last Name

Company    Hladik, Onorato & Federman, LLP

Address    298 Wissahickon Avenue
           Number          Street

           North Wales                    PA        19454
           City                           State     ZIP Code

Contact phone  215-855-9521              Email  debersole@hoflawgroup.com

**Rushmore Loan Management Services**
P.O. Box 55004
Irvine, CA 92619

ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS

| | |
|---|---|
| TAXES | $916.01 |
| HAZARD INS | $1,557.27 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR:**

Loan Number:
Analysis Date: 12/09/2019

KEVIN  E  BUTLER                    65  /  N1
5640  HADDINGTON    ST
PHILADELPHIA    PA    19131-3414

**NEW MONTHLY PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $244.95 |
| Required Escrow Payment | $206.10 |
| Shortage/Surplus Spread | $.00 |
| Optional Program Payment | $.00 |
| Buydown or Assistance Payments | $.00 |
| Other | $.00 |
| **TOTAL MONTHLY PAYMENT** | $451.05 |
| **NEW PAYMENT EFFECTIVE DATE:** | 02/01/2020 |

**FOR BORROWERS IN BANKRUPTCY OR BORROWERS WHOSE DEBT HAS BEEN DISCHARGED IN BANKRUPTCY, THIS IS AN INFORMATIONAL STATEMENT AND IT IS NOT AN ATTEMPT TO COLLECT A DEBT. PLEASE NOTE THAT EVEN IF YOUR DEBT HAS BEEN DISCHARGED IN BANKRUPTCY AND YOU ARE NO LONGER PERSONALLY LIABLE ON THE DEBT, THE LENDER MAY, IN ACCORDANCE WITH APPLICABLE LAW, PURSUE ITS RIGHTS TO FORECLOSE ON THE PROPERTY SECURING THE DEBT.**

Rushmore Loan Management Services has completed an analysis of the escrow account. We have adjusted the mortgage payment to reflect changes in the real estate taxes and/or property insurance. The escrow items to be disbursed from the account are itemized above. If you have questions regarding this analysis, please write to our Customer Service Department at Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619, or call toll-free 1-888-504-6700.

**In the event you utilize a third party to remit your payments, please inform them of the effective date of any change in your payment.**

**ANNUAL ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR**

This is an estimate of activity in the escrow account during the coming year based on payments anticipated to be made from the account.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | ESCROW ACCOUNT BALANCE PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|
| STARTING BALANCE | | | | | | | $1148.40 | $1236.68 |
| FEB 20 | $206.10 | | | | | $916.01 | $438.49 | $526.77 |
| MAR 20 | $206.10 | | | | | | $644.59 | $732.87 |
| APR 20 | $206.10 | | | | | | $850.69 | $938.97 |
| MAY 20 | $206.10 | | | | | | $1056.79 | $1145.07 |
| JUN 20 | $206.10 | | | | | | $1262.89 | $1351.17 |
| JUL 20 | $206.10 | | | | $1557.27 | | $88.28− | $0.00 * |
| AUG 20 | $206.10 | | | | | | $117.82 | $206.10 |
| SEP 20 | $206.10 | | | | | | $323.92 | $412.20 |
| OCT 20 | $206.10 | | | | | | $530.02 | $618.30 |
| NOV 20 | $206.10 | | | | | | $736.12 | $824.40 |
| DEC 20 | $206.10 | | | | | | $942.22 | $1030.50 |
| JAN 21 | $206.10 | | | | | | $1148.32 | $1236.60 |

*Indicates a projected low point of $88.28−. Under the mortgage contract, state or federal law, the lowest monthly balance should not exceed $.00. The difference between the projected low point and the amount required is $750.72 . This is the surplus.

Please keep this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

IF THIS ESCROW ANALYSIS INDICATES THAT THERE IS A SURPLUS, IT MAY NOT MEAN THAT YOU ARE ENTITLED TO RECEIVE A RETURN OF THAT SURPLUS. THIS ANALYSIS WAS CALCULATED BASED ON AN ASSUMPTION THAT THE ACCOUNT IS CURRENT ACCORDING TO THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST. IF THE ACCOUNT IS BEHIND, IN DEFAULT, OR IN BANKRUPTCY, THIS ANALYSIS MAY NOT REFLECT THE CURRENT STATE OF THE ACCOUNT OR THE TERMS OF A BANKRUPTCY PLAN. IF THERE ARE ENOUGH FUNDS IN THE ESCROW ACCOUNT AND THE SURPLUS IS $50 OR GREATER, THAT SURPLUS WILL BE MAILED TO YOU WITHIN 30 DAYS, PROVIDED THE ACCOUNT IS CURRENT UNDER THE TERMS OF THE NOTE AND MORTGAGE/DEED OF TRUST.

Loan Number: ▮▮▮▮▮▮                                    Name: KEVIN  E  BUTLER

**ANNUAL  ESCROW  ACCOUNT  DISCLOSURE  STATEMENT  -  ACCOUNT  HISTORY**

This is a statement  of actual activity  in the  escrow  account from  08/2019    through  01/2020.    Last year's projections    are next  to the  actual  activity.  The most  recent  mortgage  payment  was    $456.70  of which    $211.75  went to the  escrow account  and  the remainder  of    $244.95  went  towards  the mortgage  loan.  An asterisk  (*)  indicates  a difference    between a projected   disbursement   and  actual  activity.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | | PAYMENTS FROM ESCROW ACCOUNT | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|---|---|
| | PROJECTED | ACTUAL | PROJECTED | ACTUAL | DESCRIPTION | PROJECTED | ACTUAL |
| STARTING BAL. | | | | | | $0.00 | $122.10− |
| AUG 19 | | $423.50* | | | | $0.00 | $301.40 |
| SEP 19 | | $211.75* | | | | $0.00 | $513.15 |
| OCT 19 | | $211.75* | | | | $0.00 | $724.90 |
| NOV 19 | | $211.75* | | | | $0.00 | $936.65 |
| DEC 19 | | $211.75* | | | | $0.00 | $1148.40 |

OVER  THIS  PERIOD,  AN  ADDITIONAL        $.00  WAS   DEPOSITED  INTO  THE  ESCROW   ACCOUNT  FOR  INTEREST  ON  ESCROW.

The  actual  lowest   monthly   balance  was  less  than        $.00.  The  items  with   an asterisk  on the  account  history  may explain  this,  if  you  would   like  a  further   explanation,   please  call  our  toll-free   number:    1-888-504-6700.

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-11580-ELF |
| Kevin E. Butler, Sr. d/b/a Butler's Home | : Chapter 13 |
| Improvement | : |
| Debtor | : |
| | : |
| CSMC 2019-SPL1 Trust c/o Rushmore Loan | : |
| Management Services, LLC | : |
| Movant | : |
| vs. | : |
| Kevin E. Butler, Sr. d/b/a Butler's Home | : |
| Improvement | : |
| Debtor/Respondent | : |
| | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

## <u>CERTIFICATE OF SERVICE</u>

I, Danielle Boyle-Ebersole, Esquire, hereby certify that on **December 19, 2019**, I have served a copy of this Notice of Mortgage Payment Change and all attachments to the following by U.S. Mail, postage pre paid and/or via filing with the US Bankruptcy Court's CM ECF system.

Michael A. Cataldo, Esquire
Michael S. Cibik, Esquire
Via ECF
*Attorneys for Debtor*

Kevin E. Butler, Sr.
5640 Haddington Street
Philadelphia, PA 19131
Via First Class Mail
*Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

<u>/s/Danielle Boyle-Ebersole, Esquire</u>
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: debersole@hoflawgroup.com