# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-11580-ELF |
| Kevin E. Butler, Sr. d/b/a Butler's Home Improvement | : Chapter 13 |
| Debtor | : |
| | : |
| CSMC 2019-SPL1 Trust c/o Rushmore Loan Management Services | : |
| Movant | : |
| vs. | : |
| Kevin E. Butler, Sr. d/b/a Butler's Home Improvement | : |
| Debtor/Respondent | : |
| and | : |
| Kenneth E. West, Esquire | : |
| Trustee/Respondent | : |

## CERTIFICATE OF SERVICE

I, Sarah K. McCaffery, Esquire., hereby certify that I caused to be served true and correct copies of the **STATEMENT IN RESPONSE TO NOTICE OF FINAL CURE PAYMENT** at the respective last known address of each person set forth below on May 10, 2023:

Michael S. Cibik, Esquire
Via ECF
*Attorney for Debtor*

Kenneth E. West, Esquire
Via ECF
*Trustee*

Kevin E. Butler, Sr.
5640 Haddington Street
Philadelphia, PA 19131
Via First Class Mail
*Debtor*

Date: 5/10/2023

Respectfully Submitted,

/s/ Sarah K. McCaffery, Esquire
Sarah K. McCaffery, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: smccaffery@hoflawgroup.com